1  Linda Fermoyle Rice, Esquire (State Bar No. 86688)
   RICE & BLOOMFIELD, LLP
2  16133 Ventura Boulevard, Suite 1180
   Encino, California 91436-2416
3  Telephone:  (818) 999-2220
   Facsimile:   (818) 999-2388
4  Email:        LFR@RBTriaiLaw.com

5  Attorneys for Plaintiff,
   E. R., a minor, by and through his
6  Guardian ad Litem, Carolyn Young

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  E. R., a minor, by and through his        CASE NO:    2:14-CV-2053 WBS CKD
    Guardian ad Litem, Carolyn Young,
12                                            [PROPOSED] ORDER AND PLAINTIFF'S
              Plaintiff,                      REQUEST FOR TELEPHONIC
13                                            APPEARANCE  AT THE HEARING ON THE
          vs.                                 UNITED STATES MOTION TO DISMISS
14                                            THE CROSS-COMPLAINT
    SUTTER DAVIS HOSPITAL,
15  SUTTER WEST WOMEN'S HEALTH,
    SUSAN MAAYAH, M.D., and DOES 1
16  to 100, inclusive,
                                              Date:         December 1, 2014
17            Defendants.                     Time:         2:00p.m.
                                              Courtroom:  5
18  ─────────────────────────                 Judge:        Honorable William B. Shubb
    SUTTER DAVIS HOSPITAL,
19
              Cross-Complainant,
20
          vs.
21
    UNITED STATES,
22
              Cross-Defendant.
23

24

25        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

26        PLEASE TAKE NOTICE that counsel for Plaintiff, E. R., a minor, by and through his

27  Guardian ad Litem, Carolyn Young, hereby requests to appear by telephone at the

28  hearing on the United States' Motion to Dismiss Sutter Davis Hospital's

*[PROPOSED]  ORDER AND PLAINTIFF'S*
*REQUEST FOR TELEPHONIC  APPEARANCE*

1    Cross-Complaint on December 1, 2014, at 2:00p.m. in Courtroom 5 of the above-entitled

2    court.

3       PLEASE TAKE FURTHER NOTICE that Linda Fermoyle Rice, counsel for Plaintiff,

4    E.R., a minor, will be readily available for the hearing and can be reached at (818) 999-

5    2220.

6

7    Dated: November 17, 2014       RICE & BLOOMFIELD, L.L.P.

8

9           /s/ *Linda Formoyle Rice*
          LINDA FERMOYLE RICE,
          Counsel for Plaintiff, E. R., a minor, by and
10          through his Guardian ad Litem, Carolyn Young

11

12    Having read the request, and good cause appearing,

13       **IT IS HEREBY ORDERED:**

14       1.     The request by counsel for Plaintiff, E. R., a minor, by and through his

15    Guardian ad Litem, Carolyn Young, for leave to telephonically attend the upcoming hearing

16    on the United States' Motion to Dismiss Sutter Davis Hospital's Cross-Complaint, is

17    granted.

18       2.     Counsel for Plaintiff may appear telephonically at the hearing on the

19    aforementioned United States' Motion to Dismiss scheduled for December 1, 2014, at 2:00

20    p.m. in Courtroom 5 of the above-entitled Court.

21       3.     **The courtroom deputy shall email counsel with instructions on how**

22    **to participate in the telephone conference call.**

23       **IT IS SO ORDERED.**

   Dated: November 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

27

28

Law Offices of
Rice & Bloomfield, LLP
Encino, CA

*[PROPOSED] ORDER AND PLAINTIFF'S
REQUEST FOR TELEPHONIC APPEARANCE*