LOUIS H. DE HAAS, SBN 39579
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
865 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5431
Phone:       (213) 426-3600
Facsimile:   (213) 426-3650

BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:       (916) 563-3100
Facsimile:   (916) 565-3704

Attorneys for Defendant/Cross-Complainant
Sutter Davis Hospital

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R., a minor, by and through his Guardian ad Litem, CAROLYN YOUNG, | Case No.: 2:14-CV-02053-WBS-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR DEFENSE MEDICAL EXAMINATION** |
| v. | |
| SUTTER DAVIS HOSPITAL, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., and DOES 1 to 100, inclusive, | Hon. William B. Shubb |
| Defendants. | |
| SUTTER DAVIS HOSPITAL, | |
| Cross-Complainant, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Cross-Defendant. | |

///

1
**STIPULATION AND [PROPOSED] ORDER FOR DEFENSE MEDICAL EXAMINATION**

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

Pursuant to FRCP 35, plaintiff E.R., a minor, by and through his Guardian ad Litem Carolyn Young, will appear for a physical examination by:

| | |
|---|---|
| **NAME:** | **Donald Olson, M.D.** |
| **ADDRESS:** | La Follette, Johnson, De Haas<br>Fesler & Ames<br>655 University Avenue, Suite 119<br>Sacramento, CA  95825 |
| **DATE OF EXAM:** | Monday, October 26, 2015 |
| **TIME OF EXAM:** | 10:00 a.m. |

The nature, scope, conditions and manner of the examination are to be as follows:

1. The examining physician may ask, and plaintiff's guardian shall answer, questions relating to present symptoms and conditions, and present medical history.

2. The examining physician may use accepted diagnostic instruments, tests, manipulations and techniques as may be appropriate upon consent of plaintiff's guardian, but no procedure causing pain or undue discomfort or endangering plaintiff's life or health shall be used.  The examination will be performed on plaintiff's head, neck, shoulders, back, arms, legs and any other areas potentially involved, as may be determined based upon the signs and symptoms of plaintiff.

3. Plaintiff will appear at the scheduled time for the defense medical examination, but will not be unduly inconvenienced by the defendant physician's examination.  If the defense examination has not commenced within sixty (60) minutes, plaintiff will consider this protracted delay to be a waiver of defendant's right to the defense examination and will leave the examiner's office.

4. Plaintiff may be accompanied by his attorney or other legal representative.

5. No person other than plaintiff, his representative and the examining physician will be allowed to be present during the examination.

6. The examination must be limited to plaintiff's physical condition that is in controversy in this action. Those conditions are the physical injuries he sustained on February 3, 2010.

7. Plaintiff will not submit to any x-rays, CT scans, MRI's or any other radiographic studies.

8. The examination may not include any diagnostic test or procedure that is painful, protracted or intrusive.

9. Plaintiff demands a copy of any discoverable reports, records, reviews, examination charges and writings generated by Dr. Olson in this matter. This request includes a copy of any detailed written report, setting out any history, examination findings, results of all tests conducted, any diagnoses and prognosis of the examiners. A copy of these reports shall be delivered within thirty (30) days after examination, or within 15 day of trial, whichever is earlier.

10. All parties agree that this medical examination will be the only FRCP 35 physical examination of plaintiff by the defendants.

Respectfully submitted,

Dated: October 21, 2015

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES
Attorneys for Defendant and Cross-Complainant
SUTTER DAVIS HOSPTIAL

By: /s/
LARRY THORNTON

Dated: October 21, 2015

RICE & BLOOMFIELD, LLP
Attorneys for Plaintiff
ELICEO REHG,

By: /s/
LINDA FERMOYLE RICE

| | |
|---|---|
| Dated:  October 21, 2015 | SCHUERING ZIMMERMAN & DOYLE<br>Attorneys for Defendants<br>SUTTER WEST WOMEN'S HEALTH;<br>SUSAN K. MAAYAH, M.D. |
| | By: _/s/_____<br>     KAT TODD |
| Dated:  October 21, 2015 | U.S. ATTORNEY<br>Attorneys for Defendant<br>THE UNITED STATES |
| | By: _/s/_____<br>     GREG BRODERICK |

IT IS SO ORDERED:

Dated:  October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE