LOUIS H. DE HAAS, SBN 39579
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
865 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5431
Phone:       (213) 426-3600
Facsimile:   (213) 426-3650

BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:       (916) 563-3100
Facsimile:   (916) 565-3704

Attorneys for Defendant/Cross-Complainant
Sutter Davis Hospital

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R., a minor, by and through his Guardian ad Litem, CAROLYN YOUNG, | Case No.: 2:14-CV-02053-WBS-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF EXPERT DISCLOSURE DATES** |
| v. | |
| SUTTER DAVIS HOSPITAL, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., and DOES 1 to 100, inclusive, | |
| Defendants. | |
| SUTTER DAVIS HOSPITAL, | |
| Cross-Complainant, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Cross-Defendant. | |

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

Pursuant to Federal Rule of Civil Procedure 16 and this Court's Status (Pretrial Scheduling) Order (ECF 24), the parties hereby stipulate and propose to continue the current dates for expert disclosures by approximately sixty (60) days, such that the initial expert disclosures shall be continued from January 15, 2016, to March 15, 2016, and the rebuttal expert disclosure date shall be continued from March 18, 2016, to May 17, 2016. The parties seek this continuation so that fact discovery can progress further before expert reports are due, and the holiday season is making the scheduling of depositions unusually difficult. No other dates need be altered because the discovery cut-off in this case runs through August, 2016. Because this stipulation does not seek to alter the trial date, it "may be heard and decided by the assigned Magistrate Judge." (ECF 24 at 5:9).

Respectfully submitted,

Dated: November 25, 2015

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES
Attorneys for Defendant and Cross-Complainant
SUTTER DAVIS HOSPTIAL

By: /s/
LARRY THORNTON

Dated: November 25, 2015

RICE & BLOOMFIELD, LLP
Attorneys for Plaintiff
ELICEO REHG,

By: /s/
LINDA FERMOYLE RICE

Dated: November 24, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/
GREGORY T. BRODERICK
Assistant United States Attorney

Dated:  November 24, 2015

SCHUERING ZIMMERMAN & DOYLE
Attorneys for Defendants
SUTTER WEST WOMEN'S HEALTH;
SUSAN K. MAAYAH, M.D.

By: _/s/_____
KAT TODD

**IT IS SO ORDERED.**

Dated:  December 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE