1  Linda Fermoyle Rice, Esquire (State Bar No. 86688)
   RICE & BLOOMFIELD, LLP
2  16133 Ventura Boulevard, Suite 1180
   Encino, California 91436-2416
   Telephone:   (818) 999-2220
3  Facsimile:   (818) 999-2388
   Email:            LFR@RBTrialLaw.com
4

5  Attorneys for Plaintiff,
   E. R., a minor, by and through his
6  Guardian ad Litem, Carolyn Young

7
                      UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
   ─────────────────────────────────
11 E. R., a minor, by and through his          CASE NO: 2:14-2053 WBS CKD
   Guardian ad Litem, Carolyn Young,
12
            Plaintiff,                          STIPULATION AND [PROPOSED] ORDER
                                                REGARDING EXTENSION OF REBUTTAL
13      vs.                                     EXPERT DISCLOSURE DEADLINE

14 SUTTER DAVIS HOSPITAL, SUTTER
   WEST WOMEN'S HEALTH, SUSAN
15 MAAYAH, M.D., and DOES 1 to 100,
   inclusive,
16
            Defendants.
17

18 AND RELATED CLAIMS.

19 ─────────────────────────────────

20      THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,

21 STIPULATE AS FOLLOWS:

22      Pursuant to Federal Rule of Civil Procedure 16 and this Court's Status (Pretrial

23 Scheduling) Order (ECF 24), the parties hereby stipulate and propose to continue the

24 deadline for rebuttal expert disclosures by 30 days.   The parties do not request a

25 continuance of the discovery cut-off deadline, the trial date, or of any other dates at this

26 time.

27 //

28

Law Offices of
Rice & Bloomfield, LLP

*Stip and [Proposed] Order Re: Extension of Rebuttal Expert Disclosure Deadline*

The Court previously granted a stipulation and proposed order extending the date for expert disclosures from January 15, 2016, to March 15, 2016, and extending the date for rebuttal expert disclosures from March 18, 2016, to May 17, 2016.   (Dkt. No. 30). The Court then granted a stipulation and proposed order extending the date for expert disclosures from March 15, 2016, to April 29, 2016, extending the date for rebuttal expert disclosures from May 17, 2016, to June 3, 2016, and extending the discovery cut-off deadline from August 26, 2016, to October 14, 2016. (Dkt. No. 31) The Court then granted a stipulation and proposed order extending the date for expert disclosures from April 29, 2016, to May 6, 2016, extending the date for rebuttal expert disclosures from June 3, 2016, to June 10, 2016. (Dkt. No. 34)

The parties seek this further extension of the deadline for rebuttal expert disclosures because nearly two dozen experts and their reports were exchanged on May 6, 2016, and, due to trial commitments and vacation schedules, additional time is needed to determine whether and to what extent rebuttal expert disclosures are necessary and to secure reports from rebuttal experts for the exchange.

Thus, the parties hereby stipulate and propose that the current pre-trial date be revised as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Rebuttal Expert Disclosures | June 10, 2016 | July 11, 2016 |

The parties do not request any alteration of other dates at this time, and expect to be able to proceed on the current post-discovery schedule.   Because this stipulation does not seek to alter the trial date, it "may be heard and decided by the assigned Magistrate Judge." (ECF 24 at 5:9).

Respectfully submitted,

Dated: May 19, 2016                                               RICE & BLOOMFIELD, LLP

| | | |
|---|---|---|
| | By: | /s/   Linda Fermoyle Rice<br>LINDA FERMOYLE RICE<br>Attorneys for Plaintiff E.R.<br>BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/   Gregory T. Broderick (auth 5/19/16)<br>GREGORY T. BRODERICK<br>Assistant U.S. Attorney |
| | | LA FOLLETTE, JOHNSON,<br>DE HAAS, FESLER & AMES |
| | By: | /s/   Larry Thornton (auth 5/19/16)<br>LARRY THORNTON<br>Attorneys for Defendant and<br>Cross-Complainant<br>SUTTER DAVIS HOSPTIAL |
| | | SCHUERING ZIMMERMAN & DOYLE |
| | By: | /s/   Kat Todd (auth 5/19/16)<br>KAT TODD<br>Attorneys for Defendants SUTTER WEST<br>WOMEN'S HEALTH & SUSAN MAAYAH, M.D. |

Good cause appearing, IT IS SO ORDERED.

Dated:   May 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*Stip and [Proposed] Order Re: Extension of Rebuttal Expert Disclosure Deadline*

Law Offices of
Rice & Bloomfield, LLP