Linda Fermoyle Rice, Esquire (State Bar No. 86688)
RICE & BLOOMFIELD, LLP
16133 Ventura Boulevard, Suite 1180
Encino, California 91436-2416
Telephone:  (818) 999-2220
Facsimile:   (818) 999-2388
Email:         LFR@RBTrialLaw.com

Attorneys for Plaintiff,
E. R., a minor, by and through his
Guardian ad Litem, Carolyn Young

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. R., a minor, by and through his Guardian ad Litem, Carolyn Young,<br><br>                Plaintiff,<br><br>        vs.<br><br>SUTTER DAVIS HOSPITAL, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., and DOES 1 to 100, inclusive,<br><br>                Defendants.<br><br><br>AND RELATED CLAIMS. | CASE NO: 2:14-2053 WBS CKD<br><br>[~~PROPOSED~~] ORDER AND PLAINTIFF E.R'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING OF DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiff, E.R., a minor, by and through his Guardian ad Litem, Carolyn Young, hereby requests to appear by telephone at the hearing of Defendant, United States' Motion for Summary Judgment on November 14,

2016, at 1:30 p.m. in Courtroom 5 of the above-entitled court.

PLEASE TAKE FURTHER NOTICE that Linda Fermoyle Rice, counsel for Plaintiff, E.R., a minor, by and through his Guardian ad Litem, Carolyn Young, will be readily available for the hearing and can be reached at (818) 999-2220.

Dated: November 7, 2016                    RICE & BLOOMFIELD, L.L.P.

/s/ *Linda Fermoyle Rice*
LINDA FERMOYLE RICE,
Counsel for Plaintiff, E.R., a minor, by and through his Guardian ad Litem, Carolyn Young

Having read the request, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The request by counsel for Plaintiff E.R., a minor, by and through his Guardian ad Litem, Carolyn Young for leave to telephonically attend the upcoming hearing on Defendant United States Motion for Summary Judgment is granted.

2. Counsel for Plaintiff may appear telephonically at the hearing on Defendant's Motion for Summary Judgment scheduled for November 14, 2016, at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

3. **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

IT IS SO ORDERED.

Dated: **November 8, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE