PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R., a minor, by and through his Guardian ad Litem, CAROLYN YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER DAVIS HOSPITAL, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., and DOES 1 to 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:14-CV-02053-WBS-CKD<br><br>**REVISED STIPULATION AND [~~PROPOSED~~] ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE REGARDING UNITED STATES' MOTION FOR SUMMARYJUDGMENT ON SUTTER DAVIS HOSPITAL'S THIRD-PARTY CLAIMS FOR INDEMNITY AND CONTRIBUTION** |

The parties hereby stipulate and propose to modify the supplemental briefing schedule on the United States' motion for summary judgment such that the hearing on the motion can resume and be concluded by November 28, 2016.  The parties to this motion propose that supplemental briefs be filed on or before November 18, 2016, and the United States file any response brief on or before November 23, and that the hearing be continued on November 28, 2016, at 1:30 p.m.

The United States filed its Motion for Summary Judgment regarding Third Party Plaintiff Sutter Davis Hospital's Claims for Indemnity and Contribution on October 17, 2016. (See Dkt. No. 37).  Sutter Davis Hospital filed its opposition October 28 and the United States replied on November 7, 2016.  (*See* Dkt. Nos. 40 & 42).  No other party filed any papers regarding this motion, which solely concerns Sutter Davis Hospital's third party claim against the United States.

Revised Stip. and [Proposed] Order re Supplemental
Briefing on United States' Motion for Summary Judgment.

1

1  On November 14, 2016, the Court held a hearing on the United States' Motion for Summary Judgment regarding Third Party Plaintiff Sutter Davis Hospital's Claims for Indemnity and Contribution. (*See* Dkt. No. 44). The Court indicated a desire for supplemental briefing on causation at that hearing, but the parties had difficulty articulating a workable schedule. The Court issued a minute order following the hearing permitting supplemental briefing by November 28, the United States to file a response by December 19, and any replies brief by January 3, 2017. (Dkt. No. 44). This would put the hearing date on or near the time for the parties to make pre-trial disclosures and file their pretrial statements, all while this dispositive motion is still pending.

Since the hearing, the parties have had the opportunity to meet and confer and have agreed upon a schedule that would permit this matter to be fully briefed and concluded in a more timely fashion. Because there are limited materials to review regarding causation, and because the parties wish to have this matter resolved in advance of trial preparation, the parties have stipulated to, and propose, the following supplemental briefing schedule:

1. Supplemental briefs shall be filed on or before November 18, 2016;
2. The United States shall file any responsive brief on or before November 23, 2016; and
3. The hearing shall resume on November 28, 2016, at 1:30 p.m.

This schedule will permit the Court to receive the supplemental briefing, hear arguments on this matter, and render a decision sufficiently in advance of trial (and trial preparation), and in keeping with the Scheduling Order adopted in this case in September 2015. (*See* Dkt. No. 24). This will conserve the parties' resources and the Court's by promoting an orderly resolution of the United States' motion against Sutter Davis Hospital's claim, which has already been the subject of full summary judgment briefing and a lengthy oral argument.

Because this schedule will promote the orderly resolution of this matter, conserve the resources of the parties and the Court, hew more closely to the long-standing Scheduling Order, and allow the parties to prepare for trial with a clear view of which claims are still in the case, if any. This is particularly important where claims against some defendants will be tried to a jury, but where the third party claim against the United States (which is the only claim against the United States in this action) must be tried to the Court, not a jury. *See* 28 U.S.C. § 2402 (claims under FTCA "shall

2

Revised Stip. and [Proposed] Order re Supplemental
Briefing on United States' Motion for Summary Judgment.

be tried by the court without a jury.").

Respectfully submitted,

Dated:  November 16, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:    */s/  Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant U.S. Attorney

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

By:   */s/  Larry Thornton (authorized 11/15/2016)*
LARRY THORNTON
Attorneys for Defendant and Cross-Complainant
SUTTER DAVIS HOSPTIAL

SCHUERING ZIMMERMAN & DOYLE

By:   */s/  Kat Todd* (*authorized 11/16/2016*)
KAT TODD
Attorneys for Defendants SUTTER WEST
WOMEN'S HEALTH & SUSAN MAAYAH,
M.D.

RICE & BLOOMFIELD, LLP

By:   */s/  Linda Fermoyle Rice* (*authorized 11/16/2016*)
LINDA FERMOYLE RICE
Attorneys for Plaintiff E.R.

Revised Stip. and [Proposed] Order re Supplemental
Briefing on United States' Motion for Summary Judgment.

Good cause appearing, **IT IS SO ORDERED.**

The November 14, 2016, minute order regarding supplemental briefing (Dkt. No. 44) is hereby modified such that:

1. Supplemental briefs shall be filed on or before November 18, 2016;
2. The United States shall file any responsive brief on or before November 23, 2016; and
3. The hearing shall resume on November 28, 2016, at 1:30 p.m.

Dated:  November 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Revised Stip. and [Proposed] Order re Supplemental
Briefing on United States' Motion for Summary Judgment.