UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| E.R., a minor, by and through his Guardian ad Litem, CAROLYN YOUNG<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUTTER DAVIS HOSPITAL, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D.,<br><br>　　　　Defendants. | CIV. NO. 2:14-2053 WBS CKD<br><br>ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE |
| AND RELATED THIRD-PARTY CLAIMS. | |

----oo0oo----

Counsel for plaintiff E.R. has requested permission to appear by telephone at the renewed hearing on the United States' motion for summary judgment against Sutter Davis Hospital.  If counsel wishes to be heard, the court requests that she appear in person at the hearing.  If she only wants to listen but not to be heard, she may appear telephonically.

IT IS SO ORDERED.

Dated: November 21, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE