UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| E.R., a minor, by and through his Guardian ad Litem, CAROLYN YOUNG,<br><br>   Plaintiff,<br><br>   v.<br><br>SUTTER DAVIS HOSPITAL; SUTTER WEST WOMEN'S HEALTH; SUSAN MAAYAH, M.D.;<br><br>   Defendants. | CIV. NO. 2:14-2053 WBS CKD<br><br>ORDER |

----oo0oo----

Counsel for plaintiff is hereby ORDERED to file on or before March 1, 2017, a proposed order which plaintiff proposes the court enter in connection with plaintiff's petition to approve minor's compromise (Docket No. 84).

IT IS SO ORDERED.

Dated: February 22, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1