Linda Fermoyle Rice, Esquire (State Bar No. 86688)
RICE & BLOOMFIELD, LLP
16133 Ventura Boulevard, Suite 1180
Encino, California 91436-2416
Telephone:  (818) 999-2220
Facsimile:   (818) 999-2388
Email:        LFR@RBTrialLaw.com

Attorneys for Plaintiff,
E. R., a minor, by and through his
Guardian ad Litem, Carolyn Young

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| E. R., a minor, by and through his Guardian ad Litem, Carolyn Young,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER DAVIS HOSPITAL, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., and DOES 1 to 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | CASE NO: 2:14-2053 WBS CKD<br><br>ORDER re CORRECTED PETITION FOR APPROVAL OF MINOR'S COMPROMISE<br><br>Date: March 6, 2016<br>Time: 1:30 p.m.<br>Courtroom No. 5<br><br>Trial: March 21, 2017 |
|---|---|

Based on the Stipulation of the Parties, the Court makes the following orders with respect to the petition for approval of minor's compromise:

1. The Original Petition filed on February 16, 2017, contained errors that needed to be corrected.

2. On February 23, 2017, counsel for Susan Maayah, MD, and Sutter Davis

Hospital filed a "Response to Plaintiff's [original] Petition to Approve Compromise of Disputed Claim."

      3.    The Corrected Petition filed on February 24, 2017, corrects the errors of the original Petition; therefore, the Original Petition will be stricken and the Court will consider only the Corrected Petition.

      4.    The "Response to Plaintiff's Petition to Approve Compromise of Disputed Claim" shall be deemed to be a response to the Corrected Petition; no further response is required to be filed.

      IT IS SO ORDERED.

Dated: February 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE