Linda Fermoyle Rice, Esquire (State Bar No. 86688)
RICE & BLOOMFIELD, LLP
16133 Ventura Boulevard, Suite 1180
Encino, California 91436-2416
Telephone: (818) 999-2220
Facsimile: (818) 999-2388
Email: LFR@RBTrialLaw.com

Attorneys for Plaintiff,
E. R., a minor, by and through his
Guardian ad Litem, Carolyn Young

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R., a minor, by and through his Guardian ad Litem, CAROLYN YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER DAVIS HOSPITAL, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., and DOES 1 to 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:14-CV-02053-WBS-CKD<br><br>ORDER DISMISSING DEFENDANT SUTTER DAVIS HOSPITAL |

Plaintiff, E.R., a minor, by and through his Guardian ad Litem, Carolyn Young, through his attorney of record Linda Fermoyle Rice of Rice & Bloomfield, and defendant Sutter Davis Hospital, through its attorneys of records Larry Thornton of La Follette, Johnson, De Haas, Fesler & Ames, have resolved this matter.

//

//

//

//

IT IS HEREBY ORDERED that defendant, SUTTER DAVIS HOSPITAL shall be dismissed with prejudice, with each side to bear its own attorney's fees and costs.

Dated: May 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE