UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| E.R., a minor, by and through his Guardian ad Litem, CAROLYN YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER DAVIS HOSPITAL; SUTTER WEST WOMEN'S HEALTH; SUSAN MAAYAH, M.D.;<br><br>        Defendants. | CIV. NO. 2:14-2053 WBS CKD<br><br>ORDER |
| AND RELATED THIRD-PARTY CLAIMS. | |

----oo0oo----

After the court granted cross-defendant United States' Motion for Summary Judgment (Docket No. 69) and entered final judgment (Docket No. 151), cross-defendant United States submitted a cost bill totaling $13,312.67. (Docket No. 152.) Local Rule 292(c) provided cross-claimant Sutter Davis Hospital ("Sutter Davis") with seven days from the date of service to

object, and Sutter Davis did not object to the bill of costs.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party."); E.D. Cal. Local R. 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

Cross-defendant United States has requested $13,312.67 in costs based on services that were actually and necessarily performed, including obtaining certified transcripts and making copies of materials. After reviewing the bill, and in light of the fact that cross-claimant Sutter Davis has not objected, the court finds the requested costs to be reasonable. Accordingly, costs of $13,312.67 will be allowed for cross-defendant United States and are taxed against cross-claimant Sutter Davis.

IT IS SO ORDERED.

Dated: May 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE